| Fill in this information to identify the case: |
|---|
| Debtor 1    James Robert Whitson <br>             dba Kitzman's Flowers & Gifts |
| Debtor 2    Nancy Antoinette Whitson |
| (Spouse, if filing) <br> United States Bankruptcy Court for the EASTERN District of MICHIGAN <br> Case number 1521774 |

## Official Form 410S1

# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 13-1

**Last 4 digits** of any number you use to identify the debtor's account: 6273

**Date of payment change:** 5/1/2021
Must be at least 21 days after date of this notice

**New total payment:** $668.88
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $159.62      **New escrow payment:** $202.20

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**      **New interest rate:**

   **Current principal and interest payment:**      **New principal and interest payment:**

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**      **New mortgage payment:**

Official Form 410S1      Notice of Mortgage Payment Change      page 1

Debtor 1 James Robert Whitson  
dba Kitzman's Flowers & Gifts
    Print Name    Middle Name    Last Name

Case number (if known) 1521774

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/  Susana E. Lykins       Date  04/08/2021  
   Signature

| | | | |
|---|---|---|---|
| Print | Susana    E.    Lykins<br>First Name   Middle Name   Last Name | Title | Authorized Agent for Creditor |
| Company | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | |
| Address | 10700 Abbott's Bridge Rd, Suite 170<br>Number   Street | | |
| | Duluth GA 30097<br>City   State   ZIP Code | | |
| Contact Phone | 470-321-7112 Ext 145 | Email | slykins@raslg.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE: CASE NO.: 15-21774-dob

James Robert Whitson    Chapter 13
Nancy Antoinette Whitson,
 Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ____April 8, 2021____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JAMES ROBERT WHITSON
DBA KITZMAN'S FLOWERS & GIFTS
PO BOX 578
STANDISH, MI 48658

NANCY ANTOINETTE WHITSON
PO BOX 578
STANDISH, MI 48658

AND VIA ELECTRONIC MAIL TO:

GREGORY J. OSTROM
OSTROM LAW FIRM, P.C.
4901 TOWNE CENTRE, STE. 115
SAGINAW, MI 48604

THOMAS MCDONALD
3144 DAVENPORT
SAGINAW, MI 48602

By: /s/ ____Samantha Jones____
Samantha Jones
Email: samjones@raslg.com



Shellpoint Mortgage Servicing
Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107

Final

JAMES R WHITSON
3461 PINE RIVER RD
STANDISH MI 48658

Analysis Date: March 29, 2021
Loan: 
Property Address:
3461 PINE RIVER RD
STANDISH, MI 48658

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective May 01, 2021 | Prior Esc Pmt | December 01, 2020 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $466.68 | $466.68 | P & I Pmt: | $466.68 | Due Date: | January 01, 2021 |
| Escrow Pmt: | $159.62 | $202.20 | Escrow Pmt: | $159.62 | Escrow Balance: | $78.98 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $638.48 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow(-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $626.30 | $668.88 | Total Payment | $626.30 | Anticipated Escrow Balance: | $717.46 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 322.61. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 322.61 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Jan 2021 to Apr 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (301.42) |
| Jan 2021 | | 141.58 | | | * | 0.00 | (159.84) |
| Jan 2021 | | 141.58 | | | * | 0.00 | (18.26) |
| Feb 2021 | | 141.58 | | | * | 0.00 | 123.32 |
| Mar 2021 | | 4,133.32 | | | * | 0.00 | 4,256.64 |
| Mar 2021 | | | | 4,177.66 | * Escrow Only Payment | 0.00 | 78.98 |
| | | | | | Anticipated Transactions | 0.00 | 78.98 |
| Apr 2021 | | 638.48 P | | | | | 717.46 |
| | $0.00 | $5,196.54 | $0.00 | $4,177.66 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Analysis Date: March 29, 2021
Loan: ▮

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 717.46 | 1,208.29 |
| May 2021 | 161.30 | | | 878.76 | 1,369.59 |
| Jun 2021 | 161.30 | 1,208.28 | Hazard | (168.22) | 322.61 |
| Jul 2021 | 161.30 | | | (6.92) | 483.91 |
| Aug 2021 | 161.30 | | | 154.38 | 645.21 |
| Sep 2021 | 161.30 | 232.51 | Town Tax | 83.17 | 574.00 |
| Oct 2021 | 161.30 | | | 244.47 | 735.30 |
| Nov 2021 | 161.30 | | | 405.77 | 896.60 |
| Dec 2021 | 161.30 | 494.85 | Town Tax | 72.22 | 563.05 |
| Jan 2022 | 161.30 | | | 233.52 | 724.35 |
| Feb 2022 | 161.30 | | | 394.82 | 885.65 |
| Mar 2022 | 161.30 | | | 556.12 | 1,046.95 |
| Apr 2022 | 161.30 | | | 717.42 | 1,208.25 |
| | $1,935.60 | $1,935.64 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 717.46. Your starting
balance (escrow balance required) according to this analysis should be $1,208.29. This means you have a shortage of 490.83.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.
We anticipate the total of your coming year bills to be 1,935.64. We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $161.30 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $40.90 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $202.20 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $627.98 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised that this notice is to advise you of the status of your mortgage loan.
This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable
bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the
collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan
or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826